# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2019

### NO. 03-18-00147-CV

**Commission for Lawyer Discipline, Appellant**

**v.**

**Omar Weaver Rosales, 201701087, 201700840, 201700279, 201700153, 201607308, 201607292, 201701948, 201702052, Appellee**

---

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE ROSE;
CONCURRING OPINION BY JUSTICE KELLY**

---

This is an appeal from the judgment signed by the trial court on February 20, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.